PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Taleea Mack**                                Docket No.  09 CR 477

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Angel L. Matos** PRETRIAL SERVICES OFFICER, presenting an official report regarding defendant **Taleea Mack** before the **Honorable Jose L. Linares** who was placed under pretrial release supervision on April 15, 2009 by the **Honorable Mark Falk** sitting at the U.S. District Court for New Jersey at Newark under the following bail and conditions:

$100,000 Unsecured Appearance bond to be cosigned by her mother, Alethea Mack, who shall also act as Third Party Custodian.  The defendant's sister, Aleeya Mack, shall also act as a Third Party Custodian.

1  Pretrial Services supervision.
2. Travel restrictions to New Jersey or as approved by Pretrial Services.
3. Drug testing and treatment as deemed appropriate by Pretrial Services.
4. Computer restriction. Any computer in household must be password protected by third party custodian and shall be subject to inspection.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

**PRAYING THAT THE COURT WILL ORDER the addition of a Mental Health evaluation and treatment condition in light of the circumstances asserted herein.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 20th day of July 2009 and ordered filed and made a part of the records in the above case. | Executed on 7/20/2009 |
| _____<br>Honorable José L. Linares<br>U.S. District Judge | _____<br>Angel L. Matos<br>U.S. Pretrial Services Officer |